1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   JEREMY S. KROGER, #258956
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, California  93721-2226
    Telephone: (559) 487-5561
5
    Attorney for Defendant
6   EMANUEL NORIEGA-ABREGON

7

8                        IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            )   No. 1:10-CR-00086 OWW
                                         )
12                 Plaintiff,            )
                                         )
13        v.                             )   STIPULATION TO CONTINUE STATUS
                                         )   CONFERENCE  HEARING AND
                                         )   ORDER
14  EMANUEL NORIEGA-ABREGON,             )
                                         )   Date:   June 7, 2010
15                 Defendant.            )   Time:   9:00 a.m.
                                         )   Judge:  Hon. Oliver W. Wanger
16  _____)

17

18        **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their

19  respective attorneys of record herein, that the Status Conference Hearing in the above-captioned matter

20  now set for June 1, 2010, **may be continued to June 7, 2010, at 9:00 a.m.**

21        The reason for this request is that defense counsel is required in court in Yosemite on June 1, 2010.

22  The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice,

23  including but not limited to, the need for the period of time set forth herein for further defense

24  ///

25  ///

26  ///

27  ///

28  ///

1  preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in that the ends of justice will be served by a

2  continuance.

3

4                                              BENJAMIN B. WAGNER
                                               United States Attorney

5

6  DATED: May 24, 2010                 By:    /s/ Ian Garriques
                                               IAN GARRIQUES

7                                              Assistant United States Attorney
                                               Attorney for Plaintiff

8

9                                              DANIEL J. BRODERICK
                                               Federal Defender

10

11  DATED: May 24, 2010                By:     /s/ Jeremy S. Kroger
                                               JEREMY S. KROGER

12                                             Assistant Federal Defender
                                               Attorney for Defendant

13                                             Emanuel Noriega-Abregon

14

15

16                                  **O R D E R**

17

18     **IT IS SO ORDERED.**  Time is excluded in the interests of justice pursuant to 18 U.S.C.

19  §§ 3161(h)(7)(A) and (B).
        IT IS SO ORDERED.

20

    **Dated:    May 24, 2010**                  **/s/ Oliver W. Wanger**

21                                             UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

Stipulation to Continue Status
Conference and Order Thereon                    2